FILED
SCRANTON
FEB 21 2023
PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 4:23-CR- 33 |
| v. | |
| TONY LEE FAULKINER, | (Judge Brann) |
| Defendant. | |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
18 U.S.C. § 472
(Passing or Uttering Counterfeit Obligations)

On or about December 23, 2022, in Northumberland County, within the Middle District of Pennsylvania, the defendant,

**TONY LEE FAULKINER,**

with intent to defraud, did pass, utter, publish, and sell, and did attempt to pass, utter, publish, and sell, to Dollar General, Montandon, Pennsylvania, falsely made, forged and counterfeited obligations of the United States, that is, one and more Federal Reserve Serial Notes, each in the denomination of twenty dollars ($20.00), bearing Serial Numbers

MF50431181F and MG61693015D, which he knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Section 472.

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 472
(Possession of Counterfeit Obligations)

On or about December 23, 2022, in Union County, within the Middle District of Pennsylvania, the defendant,

**TONY LEE FAULKINER**,

with intent to defraud, did keep in his possession falsely made, forged and counterfeited obligations of the United States, that is, approximately twenty-eight (28) falsely made, forged and counterfeited Federal Reserve Serial Notes, each in the denomination of twenty dollars ($20.00), bearing Serial Numbers MF50431181F and MG61693015D, which he knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Section 472.

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. § 472
(Possession of Counterfeit Obligations)

On or about January 3, 2023, in Union County, within the Middle District of Pennsylvania, the defendant,

**TONY LEE FAULKINER**,

with intent to defraud, did keep in his possession falsely made, forged and counterfeited obligations of the United States, that is, falsely made, forged and counterfeited $100, $20, $10, and $5 Federal Reserve Serial Notes, totaling approximately $1,250.00, which he knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Section 472.

A TRUE BILL

GERARD M. KARAM
United States Attorney

FOREPERSON

_____
JEFFERY ST. JOHN
Assistant United States Attorney

2023 Feb 21
Date